PROB 12C
(7/93)

# United States District Court

for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Tory Marshal                                                                 Cr.: 2:05cr00037

Name of Sentencing Judicial Officer:   Honorable Thomas W. Digirolamo District of Maryland reassigned to the Honorable John W. Bissell

Date of Original Sentence: 08/16/04

Original Offense: Driving Under the Influence

Original Sentence: Probation 18 months, drug testing and treatment, fine $280.00 S.A. 20.00.

Type of Supervision: Probation                                    Date Supervision Commenced: 08/16/04

Assistant U.S. Attorney: Hollis R. Weisman                     Defense Attorney: Marlon Charles

### PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'<br><br>The offender failed to remain arrest free. On February 5, 2005, the offender was arrested for Driving While Intoxicated by the Franklin Township police department. He pled guilty on May 26, 2005, and the offender was sentenced to 9 month driver's license suspension, and 12 hours IDRC |

I declare under penalty of perjury that the foregoing is true and correct.

By: Kellyanne Kelly
Senior U.S. Probation Officer
Date: 10/04/05

THE COURT ORDERS:

[✓] The Issuance of a Summons. Date of Hearing: 11/22/05 10:00 a.m.
[ ] The Issuance of a Warrant
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

_____
Date